UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

WEI CHU WANG
on behalf of himself
and others similarly situated,

                                                                                                                    09-CV-10454 (AKH) (RLE)

                                                                                                                     **DECLARATION OF
RICK HO**

                                        Plaintiff,

                       -against-

SING TAO NEWSPAPERS NEW YORK LTD.
and ROBIN MUI,

                                                     Defendants.

------------------------------------------------------------------- x

        I, Rick Ho, declare:

        1.     I am the General Manager for Sing Tao Newspapers New York Ltd. Along with the CEO, I am responsible for the overall administration of Sing Tao Newspapers New York Ltd.'s operations.

        2.     Sing Tao Newspapers New York Ltd. publishes Sing Tao Daily, East Week, Sing Tao Weekly, and U.S. City Post. Sing Tao Daily Newspapers include the New York Tri-State Edition, Washington DC Edition, Philadelphia Edition, Boston Edition and Chicago Edition. Sing Tao Daily, East Week, and Sing Tao Weekly are subscription publications and/or can be purchased by readers for a cost. The U.S. City Post is a free weekly publication. Sing Tao Daily is one of the most widely-read Chinese language dailies, with a daily circulation of 40,000 to 50,000 copies.

        3.     Advertising sales are not the only source of revenue. The newspaper derives a significant portion of its revenue from non-advertising generated revenue, such as subscriptions and sales of the paper at newsstands.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March __, 2010, in New York, New York.

_____
RICK HO

2