UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
  :
  :
WEI CHU WANG, on behalf of himself :
and others similarly situated, :      **SUMMARY ORDER**
  :   **DENYING MOTION FOR**
              Plaintiff,  :   **CONDITIONAL COLLECTIVE**
  :   **CERTIFICATION**
     -against-  :
  :   09 Civ. 10454 (AKH)
  :
SING TAO NEWSPAPERS NEW YORK, LTD., :
and ROBIN MUI, :
  :
  :
              Defendants. :
-------------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Plaintiff asserts claims against his employer, Defendant Sing Tao Newspapers and Robin Mui, under the federal Fair Labor Standards Act and the New York Labor Law. On June 17, 2010, the parties appeared for oral argument on Plaintiff's motion for conditional collective certification. For the reasons stated on the record, the motion is denied without prejudice to renewal after the parties conduct limited discovery consistent with my instructions at oral argument.

      The Clerk shall mark the motion (Doc. No. 7) terminated.

      SO ORDERED.

Dated:    June 17, 2010
             New York, New York
                                     ALVIN K. HELLERSTEIN
                                     United States District Judge

[Stamp:]
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/10