

# RAO
# TILIAKOS LLP

**Anthony J. Rao**
New York Office
arao@raotil.com
Direct: 212.455.9286
Fax: 212.297.0005
*Admitted in NY, CA & DC

July 20, 2010

<u>Via Fax (212) 805-7942</u>
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re:   <u>Wei Chu Wang v. Sing Tao Newspapers New York Ltd. and Robin Mui</u>,
      U.S.D.C., S.D.N.Y., 09-CV-10454 (AKH) (RLE)

Dear Judge Hellerstein:

We represent Defendants Sing Tao Newspapers New York Ltd. and Robin Mui in the above captioned matter. We write pursuant to Your Honor's Individual Practice 1(D) to request: 1) an adjournment of the July 23, 2010, 10 a.m. conference scheduled before Your Honor; and 2) an extension of the deadline for the limited discovery ordered by Your Honor at the June 17, 2010 conditional certification oral argument. Plaintiff joins in this request. There have been no previous requests for an adjournment or extension. There are no other dates scheduled in this matter.

The parties are currently engaged in complex settlement discussions, and are in the process of negotiating said settlement. The parties therefore request that the conference scheduled for July 23, 2010 at 10:00 a.m. be adjourned for 30 days, or to a subsequent time convenient for the Court, to allow the parties to continue to negotiate settlement of this action. Correspondingly, the parties request that the deadline to complete the limited discovery ordered by the Court at the June 17, 2010 oral argument be extended by 30 days, from July 23, 2010 until up to and including August 23, 2010.

Respectfully submitted,

RAO TILIAKOS LLP

Anthony J. Rao

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 7/20/10

cc:   C.K. Lee, Esq. counsel for Plaintiff (via fax: 212 465 1181)

90 Park Avenue, 18th Floor | New York, NY 10016 | 212 455 9255 · 212 297 0005
201 Spear Street, Suite 1100 | San Francisco, CA 94105 | 415 230 5334 · 212 297 0005

Judge Hellerstein wrote:

"The conference is adjourned, from 7/23/10, to September 3, 2010, 10:00 a.m. The discovery deadline will be adjusted after settlement discussions end.

7/20/10
Alvin K. Hellerstein"